IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| K'IN WAY XI, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:20-CV-2028-N-BK |
| | § | |
| NEBRASKA FURNITURE MART, ET AL., | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that that this action is **DISMISSED WITHOUT PREJUDICE** due to improper venue. *See* 28 U.S.C. § 1406(a).

SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE